IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Keith Moody | : | |
| | : | No.  18-17333 |
| Debtors | : | |
| | : | |

### CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a copy of the Debtor's Chapter 13 Plan has been served on all priority, secured and unsecured creditors or their counsel.

Date: 11/16/18                                                         /s/ Erik B. Jensen
                                                                        Erik B. Jensen, Esquire
                                                                        *Attorney for Debtor*