United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith J. Moody  
    Debtor

Case No. 18-17333-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Nov 28, 2018  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2018.
```
db            +Keith J. Moody,    5023 Chancellor Street,    Philadelphia, PA 19139-4232
              +Quality Business Solutions, Inc.,    3220 Tillman Drive, Suite 300,    Bensalem, PA 19020-2028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2018 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Keith J. Moody akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 3
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
Keith Moody                             : Chapter 13
                                        :
                                        : Bankruptcy No: 18-17333-jkf

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE**

To the Debtor's Employer:

The future earnings of the Debtor, Keith Moody are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$312.50 BI WEEKLY

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: November 28, 2018**

Make check payable to:
William C. Miller, Interim Trustee
PO Box 680
Memphis, TN 38101-0680

Payroll Controller
Quality Business Solutions, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020