IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                        :
                                              :    Chapter 13
           KEITH J. MOODY,                    :
                                              :    Bankruptcy No. 18-17333 (JKF)
                        Debtor.               :
-------------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #37 filed by the City of Philadelphia on May 14, 2019.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 17, 2019    By:    /s/ Pamela Elchert Thurmond
                              PAMELA ELCHERT THURMOND
                              Deputy City Solicitor
                              PA Attorney I.D. 202054
                              City of Philadelphia Law Department
                              1401 JFK Blvd., 5th Floor
                              Philadelphia, PA  19102-1595
                              215-686-0508 (phone)
                              215-686-0588 (facsimile)
                              Email: Pamela.Thurmond@phila.gov