# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keith J. Moody<br>                      Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust<br>                      Movant<br>    vs.<br><br>Keith J. Moody<br>                      Respondent | CHAPTER 13<br><br><br><br>NO. 18-17333 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about January 25, 2019 (Document No. 20).

                                                   Respectfully submitted,

                                                   **/s/ Kevin G. McDonald, Esquire**
                                                   Kevin G. McDonald, Esquire
                                                   Attorney for Movant
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA  19106
                                                   215-627-1322

May 17, 2019