IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re : CHAPTER 13

Keith Moody : BANKRUPTCY NO.: 18-17333-jkf

## PRAECIPE TO WITHDRAW

Kindly withdraw Debtors Amended Plan filed on May 15, 2019.

Respectfully submitted,

/s/ERIK B. JENSEN,

Date: 5/20/19    ERIK B. JENSEN, ESQUIRE