United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith J. Moody
    Debtor

Case No. 18-17333-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 14, 2019
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
db        +Keith J. Moody,   5023 Chancellor Street,   Philadelphia, PA 19139-4232
         +Quality Business Solutions, Inc.,   annt: Payroll Controller,   3220 Tillman Drive, Suite 300,
          Bensalem, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
        ERIK B. JENSEN   on behalf of Debtor Keith J. Moody akeem@jensenbagnatolaw.com,
         gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Credit Acceptance Corporation
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                          TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
Keith Moody                             : Chapter 13
                                        :
                                        : Bankruptcy No: 18-17333-jkf

### ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE

To the Debtor's Employer:

The future earnings of the Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED, that the employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of:

$490.00 bi-weekly

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

**Date: June 14, 2019**

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Make check payable to:
Scott Waterman, Trustee
PO Box 680
Memphis, TN 38101-0680

Payroll Controller
Quality Business Solutions, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020