UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re: Keith Moody

13

Bky No. 18-17333-JKF

Debtor(s).

**ORDER**

      **AND NOW,** this _____ day of _____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $4,000.00 less $0.00 already paid with a remaining balance of $4,000.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: June 20, 2019**

CC:    **Jensen Bagnato, P.C.
ERIK B. JENSEN, ESQUIRE
1500 Walnut Street
Suite 1920
Philadelphia, PA   19102**

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*******************************************