IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH J. MOODY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 18-17333 (JKF) |
| ) | |
| v. ) | **Hearing Date:  4-24-19 at 9:30 AM** |
| ) | |
| KEITH J. MOODY ) | 11 U.S.C. 362 |
| KEITH MOODY II ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about June 24, 2019 in the above matter is APPROVED.

Dated: 6/25/19

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon