IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH J. MOODY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 18-17333 (JKF) |
| ) | |
| v. ) | |
| ) | |
| KEITH J. MOODY ) | 11 U.S.C. 362 |
| KEITH MOODY II ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, ~~and for good cause shown~~;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are vacated ~~pursuant to the authority granted in Fed. R. Bankr. P., Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2014 Ford Focus** bearing vehicle identification number 1FADP3N20EL319712 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.   Rule 4001(a)(3) does not apply.

Date: 11/18/19

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon