United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Keith J. Moody  
     Debtor

Case No. 18-17333-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 18, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.  
db          +Keith J. Moody,    5023 Chancellor Street,    Philadelphia, PA 19139-4232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

         ERIK B. JENSEN     on behalf of Debtor Keith J. Moody akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
         KEVIN G. MCDONALD     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         PAMELA ELCHERT THURMOND     on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
         POLLY A. LANGDON     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R     on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM EDWARD CRAIG     on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                  TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KEITH J. MOODY ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | Case No.: 18-17333 (JKF) |
| ) | |
| v. ) | |
| ) | |
| KEITH J. MOODY ) | 11 U.S.C. 362 |
| KEITH MOODY II ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, ~~and for good cause shown;~~

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are vacated ~~pursuant to the authority granted in Fed. R. Bankr. P. Rule 4001(a)(3)~~ as to the movant to pursue the movant's rights in the personal property described as a **2014 Ford Focus** bearing vehicle identification number 1FADP3N20EL319712 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.  Rule 4001(a)(3) does not apply.

Date: 11/18/19

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon