| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-17333-AMC**

KEITH J  MOODY
5023 CHANCELLOR STREET
PHILADELPHIA  PA    19139

Petition Filed Date: 11/05/2018
341 Hearing Date: 01/04/2019
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $312.50 | 3928636 | 01/22/2019 | $312.50 | 3943490 | 02/01/2019 | $312.50 | 3959281 |
| 02/15/2019 | $312.50 | 3964769 | 03/04/2019 | $312.50 | 3987312 | 03/18/2019 | $312.50 | 3993024 |
| 04/01/2019 | $312.50 | 4007852 | 04/12/2019 | $312.50 | 4027648 | 04/29/2019 | $312.50 | 4037933 |
| 05/10/2019 | $312.50 | 4051810 | 05/28/2019 | $312.50 | 4062954 | 06/07/2019 | $312.50 | 4079151 |
| 06/24/2019 | $312.50 | 4089470 | 07/08/2019 | $490.00 | 4101844 | 07/22/2019 | $490.00 | 4114058 |
| 08/02/2019 | $490.00 | 4127353 | 08/16/2019 | $490.00 | 4143303 | 09/03/2019 | $490.00 | 4153386 |
| 09/13/2019 | $490.00 | 4168945 | 09/27/2019 | $490.00 | 4179356 | 10/11/2019 | $490.00 | 4194503 |
| 10/25/2019 | $490.00 | 4202969 | 11/12/2019 | $490.00 | 4213736 | 11/22/2019 | $490.00 | 4225123 |
| 12/09/2019 | $490.00 | 4240445 | 12/26/2019 | $490.00 | 4250806 | 01/06/2020 | $490.00 | 4264861 |
| 01/17/2020 | $490.00 | 4273657 | 01/31/2020 | $490.00 | 4286302 | 02/14/2020 | $490.00 | 4298543 |
| 02/28/2020 | $490.00 | 4313200 | 03/13/2020 | $490.00 | 4324811 | 03/27/2020 | $490.00 | 4331768 |
| 04/10/2020 | $490.00 | 4347662 | 04/24/2020 | $490.00 | 4354698 | 05/08/2020 | $490.00 | 4364870 |
| 05/22/2020 | $490.00 | 4376159 | 06/11/2020 | $490.00 | 4390754 | 06/19/2020 | $490.00 | 4396140 |
| 07/06/2020 | $490.00 | 4407546 | 07/17/2020 | $490.00 | 4415619 | 07/29/2020 | $490.00 | 4427438 |

**Total Receipts for the Period: $18,272.50   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,910.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $407.47 | $124.12 | $283.35 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04S | Secured Creditors | $1,835.31 | $1,835.31 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04U | Unsecured Creditors | $238.78 | $0.00 | $238.78 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $645.86 | $196.68 | $449.18 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $92.19 | $15.57 | $76.62 |
| 2 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 02A | Mortgage Arrears | $20,378.35 | $6,206.17 | $14,172.18 |
| 2 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 02B | Mortgage Arrears | $3,129.40 | $953.05 | $2,176.35 |
| 3 | REAL TIME RESOLUTIONS INC<br>»» 003 | Mortgage Arrears | $9,716.69 | $2,959.20 | $6,757.49 |
| 7 | ERIK B JENSEN ESQ<br>»» 007 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

| 7 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $9,222.64 | $0.00 | $9,222.64 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,910.00 | Current Monthly Payment: | $980.00 |
| Paid to Claims: | $16,290.10 | Arrearages: | ($447.50) |
| Paid to Trustee: | $1,725.39 | Total Plan Base: | $56,682.50 |
| Funds on Hand: | $894.51 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.