UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                **CASE NO.: 18-17333-amc**
                                                                                                                                 **CHAPTER 13**

**Keith J. Moody,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                  Robertson, Anschutz, Schneid & Crane LLC
                                  Authorized Agent for Secured Creditor
                                  10700 Abbott's Bridge Road, Suite 170,
                                  Duluth, GA 30097
                                  Telephone: 470-321-7112

                                  By: /s/Charles Wohlrab
                                     Charles Wohlrab
                                     Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KEITH J. MOODY
5023 CHANCELLOR STREET
PHILADELPHIA, , PA 19139

And via electronic mail to:

JENSEN BAGNATO, PC
1500 WALNUT ST. SUITE 1920
PHILADELPHIA, PA 19102

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, , PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, , PA 19106

                                                    By: /s/ Luwam Habtegabir
                                                    Luwam Habtegabir
                                                    Email: lhabtegabir@rascrane.com