# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Keith J. Moody,<br>    Debtor.<br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,<br>    Movant.<br>v.<br>Keith J. Moody,<br>    Debtor/Respondent.<br>Scott F. Waterman (Chapter 13), Esquire,<br>    Trustee/Respondent. | Bankruptcy No. 18-17333-amc<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2020, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: December 24, 2020**

Judge Ashely M. Chan