Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 18-17333-AMC

KEITH J MOODY  
5023 CHANCELLOR STREET  
PHILADELPHIA  PA   19139

Petition Filed Date: 11/05/2018  
341 Hearing Date: 01/04/2019  
Confirmation Date: 06/19/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $490.00 | 4264861 | 01/17/2020 | $490.00 | 4273657 | 01/31/2020 | $490.00 | 4286302 |
| 02/14/2020 | $490.00 | 4298543 | 02/28/2020 | $490.00 | 4313200 | 03/13/2020 | $490.00 | 4324811 |
| 03/27/2020 | $490.00 | 4331768 | 04/10/2020 | $490.00 | 4347662 | 04/24/2020 | $490.00 | 4354698 |
| 05/08/2020 | $490.00 | 4364870 | 05/22/2020 | $490.00 | 4376159 | 06/11/2020 | $490.00 | 4390754 |
| 06/19/2020 | $490.00 | 4396140 | 07/06/2020 | $490.00 | 4407546 | 07/17/2020 | $490.00 | 4415619 |
| 07/29/2020 | $490.00 | 4427438 | 08/14/2020 | $490.00 | 4439836 | 08/28/2020 | $490.00 | 4453221 |
| 09/15/2020 | $490.00 | 4461288 | 09/25/2020 | $490.00 | 4470917 | 10/06/2020 | $490.00 | 4480230 |
| 11/06/2020 | $490.00 | 4501623 | 11/17/2020 | $490.00 | 4491298 | 11/24/2020 | $490.00 | 4513816 |
| 12/08/2020 | $490.00 | HCSG EAST 1 | 12/22/2020 | $490.00 | 4533753 | 01/04/2021 | $490.00 | 4542206 |
| 01/20/2021 | $490.00 | 4554838 | 01/29/2021 | $490.00 | 4562959 | 02/12/2021 | $490.00 | 4574504 |
| 03/02/2021 | $490.00 | 4578462 | | | | | | |

**Total Receipts for the Period: $15,190.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,260.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Secured Creditors | $407.47 | $214.89 | $192.58 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04S | Secured Creditors | $1,835.31 | $1,835.31 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 04U | Unsecured Creditors | $238.78 | $0.00 | $238.78 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $645.86 | $332.04 | $313.82 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $92.19 | $47.40 | $44.79 |
| 2 | SELENE FINANCE<br>»» 02A | Mortgage Arrears | $20,378.35 | $10,747.14 | $9,631.21 |
| 2 | SELENE FINANCE<br>»» 02B | Mortgage Arrears | $3,129.40 | $1,650.37 | $1,479.03 |
| 3 | REAL TIME RESOLUTIONS INC<br>»» 003 | Mortgage Arrears | $9,716.69 | $5,124.37 | $4,592.32 |
| 7 | ERIK B JENSEN ESQ<br>»» 007 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 7 | CREDIT ACCEPTANCE CORP<br>»» 01U | Unsecured Creditors | $9,222.64 | $0.00 | $9,222.64 |

Chapter 13 Case No. 18-17333-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,260.00 | Current Monthly Payment: | $980.00 |
| Paid to Claims: | $23,951.52 | Arrearages: | $2,002.50 |
| Paid to Trustee: | $2,298.69 | Total Plan Base: | $56,682.50 |
| Funds on Hand: | $9.79 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.