**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keith J. Moody<br>　　　　　　　　Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　　v.<br>Keith J. Moody<br>　　　　　　and<br>Scott F. Waterman<br>　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-17333 AMC |

**ORDER**

　　　　AND NOW, this　　　day of　　　　　　, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on May 21, 2019 it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5023 Chancellor Street Philadelphia, PA 19139.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 10, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Keith J. Moody
5023 Chancellor Street
Philadelphia, PA 19139

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St., Suite 1920
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532